UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIA VAGHEFMOGHADDAM,<br><br>                Plaintiff,<br><br>vs.<br><br>SHARECARE, INC., JEFF ARNOLD, JEFF ALLRED, JOHN CHADWICK, SANDRO GALEA, KEN GOULET, BRENT LAYTON, VERONICA MALLETT, ALAN MNUCHIN, RAJEEV RONANKI, JEFF SAGANSKY, and NICOLE TORRACO,<br><br>                Defendants. | Case No.: 1:24-cv-06134-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/10/24<br><br>**MEMORANDUM ENDORSED** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Aria Vaghefmoghaddam ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 10, 2024

                                          **BRODSKY & SMITH**

                                          By: /s/ Evan J. Smith
                                               Evan J. Smith
                                               240 Mineola Boulevard
                                               Mineola, NY 11501
                                               Phone: (516) 741-4977
                                               Facsimile (561) 741-0626

                                               *Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 10, 2024
New York, New York

                                               _____
                                               GREGORY H. WOODS
                                               United States District Judge